IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

JOHNNY GLENN DANIELS,

        Defendant.

:

:

:

:

:

Case No. 3:00cr051

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF HIS
SUPERVISED RELEASE, BUT DEFERRING ACTION UNTIL
RESOLUTION OF PENDING STATE COURT CRIMINAL MATTER;
AMENDED PETITION REQUESTED

---

On February 7, 2012, the Defendant appeared in open Court and admitted to

allegation three set forth against him in a Petition that was filed on December 21,

2011, ordering Defendant to show cause why his supervised release, a status that

began October 14, 2008, should not be revoked. He was found in violation of his

supervised release at that time.

Upon the agreement of counsel and the Defendant, disposition of this matter

is deferred, pending resolution of the state court criminal indictment presently

pending against this Defendant. This Court has requested the Probation Officer

both to notify the Court when the state court matter is concluded and to file an

Amended Petition to reflect the then current facts of the violation.

February 17, 2012

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Laura Clemmens, AUSA
Cheryll Bennett, Esq.
Brett Handmaker, U.S. Probation Department