IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOHNNY GLENN DANIELS,

    Defendant.

Case No. 3:00cr051

JUDGE WALTER HERBERT RICE

---

ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE; INITIAL PETITION (DOC. #91) DISMISSED; ENTRY REFERRING DEFENDANT TO DR. MASSIMO DEMARCHIS, PSY. D., FOR A MENTAL STATUS EVALUATION PURSUANT TO 18 U.S.C. §4244; FURTHER CONFERENCE CALL SET WITH DIRECTIONS APPERTAINING THERETO

---

On June 7, 2012, the Defendant appeared in open Court and admitted to allegations set forth against him in an Amended Petition, filed May 14, 2012 (Doc. #98), directing him to show cause why his supervised release, a status that began October 14, 2008, should not be revoked. Following said admissions, the Court found him in violation of his supervised release. The initial Petition, directing him to show cause why his supervised release should not be revoked (Doc. #91), filed December 21, 2011, is dismissed.

The Defendant is ordered referred to Dr. Massimo DeMarchis, Psy. D., for a

mental status evaluation pursuant to 18 United States Code §4244. Dr. DeMarchis should delay proceeding with this evaluation, for a period of seven days from date, in order to allow counsel and the Probation Department to furnish him with whatever information they deem helpful in his evaluation. The Defendant is presently located at the Montgomery County Jail. The personnel at said jail facility are to do any and all things necessary to assure Dr. DeMarchis full access to the Defendant for the purposes of this evaluation.

The Court and counsel will speak, once again, by conference call telephone communication, beginning at 4:15 p.m. on Thursday, June 28, 2012, in order to review Dr. DeMarchis' evaluation and to discuss referring the Defendant to the Hazelton Program in Minneapolis, Minnesota.

June 13, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Laura Clemmens, AUSA
Cheryll Bennett, Esq.
Brett Handmaker, U.S. Probation Department
Montgomery County Jail