IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s)

vs.                          Case No. 3:00-cr-051

JOHNNY GLENN DANIELS

    Defendant(s)

---

### ORDER FOR TEMPORARY RELEASE

---

Upon the request of the Defendant, presently incarcerated in the Montgomery County Jail, this court hereby orders that the defendant be released on <u>Wednesday, August 1, 2012 at 9:00 am.</u> The defendant is to return to the United States Marshal Service no later than <u>5:00 pm on Friday, August 3, 2012</u>.

IT IS SO ORDERED.

                                               _/s/ Walter Herbert Rice_
                                               WALTER HERBERT RICE, JUDGE
                                               UNITED STATES DISTRICT COURT

Copies to:
The United States Attorney
The United States Marshal Service