IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff(s), | : | Case No. 3:00-CR-51 |
| vs. | : | |
| | : | Judge Walter Herbert Rice |
| JOHNNY GLENN DANIELS, | : | |
| Defendant(s). | : | |

ORDER RELEASING DEFENDANT JOHNNY GLENN DANIELS
TO STATE CUSTODY

It is the order of this Court that the defendant, Johnny Glenn Daniels, be released to the custody of the State of Ohio, so that he can fulfill his state sentence. The defendant is to be returned to the custody of the United States Marshal Service after completion of the state sentence for further sentencing on the above captioned case.

This order is to be filed as a detainer.

IT IS SO ORDERED.

August 1, 2012

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record
United States Marshall Service