IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

: 

Plaintiff(s)

vs. : Case No. 3:00-cr-051

JOHNNY GLENN DANIELS

:

Defendant(s)

---

ORDER FOR TEMPORARY RELEASE

---

Upon the request of the Defendant, presently incarcerated in the Butler County Jail, this court hereby orders that the defendant be released on Sunday, August 12, 2012 at 9:00 am. The defendant is to report to the United States Probation Office on Tuesday, August 14, 2012 at 12:45 pm to provide a Urine Sample for testing prior to his court appearance set for Tuesday, August 14, 2012 at 1:30 pm.

IT IS SO ORDERED.

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Counsel of Record
The United States Attorney
The United States Marshal Service