IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:00cr51 |
| vs. | : | JUDGE WALTER HERBERT RICE |
| JOHNNY GLENN DANIELS, | : | |
| Defendant. | : | |

---

ENTRY JOURNALIZING RESULT OF JANUARY 29th, 2013, SUPERVISED
RELEASE HEARING; DEFENDANT TO BE TERMINATED FROM
SUPERVISED RELEASE AS OF THAT DATE; TERMINATION ENTRY

---

On January 29th, 2013, the Defendant, having previously been found in violation of

his reimposed period of supervised release which began on October 14th, 2008,

appeared in open court for final disposition. Pursuant to the record made at that time, the

Defendant's supervised release is terminated, without any further action on the

supervised release violation matter, effective January 29th, 2013

The captioned cause is hereby ordered terminated upon the docket records of the

United States District Court for the Southern District of Ohio, Western Division, at Dayton.

1

March 25, 2013

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of record